UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERNESTINE LIKELY
and JASON PARKER,

    Plaintiffs,

v.                      Case No. 3:13cv517/MCR/EMT

JASON VERSCHUEREN,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 19, 2013 (doc. 11). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Jason Parker is **DISMISSED** as a plaintiff from this action.

3.    This action is **DISMISSED without prejudice** for lack of jurisdiction, pursuant to *Younger v. Harris*, 401 U.S. 37 (1971).

4.    The Clerk is directed to enter judgment accordingly and close the file.

**DONE and ORDERED** this 20th day of February, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**